UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| YOSELIN TAPIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| LATA SANTA INES, M.D.; ALEXIAN | ) | Judge |
| BROTHERS MEDICAL CENTER; | ) | |
| MICHAEL SZCZUPAK, M.D.; GREATER | ) | Formerly Case No. 2020 L 008521 |
| ELGIN FAMILY CARE CENTER; and | ) | Circuit Court of Cook County, Illinois |
| WOMEN'S AND CHILDREN'S HEALTH | ) | |
| CARE ASSOCIATES, LLC f/k/a MICHAEL | ) | |
| SZCZUPAK, M.D., LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF REMOVAL OF A CIVIL ACTION AND
SUBSTITUTION OF THE UNITED STATES AS DEFENDANT**

To:  Dorothy Brown  Stephanie L. White
Clerk of the Circuit Court  Sandman, Levy and Petrich, LLC
Richard J. Daley Center, Room 1001  134 North LaSalle Street, 9th Floor
50 West Washington Street  Chicago, Illinois 60602
Chicago, Illinois 60602

Hall Prangle & Schoonveld, LLC
200 S. Wacker Dr., Ste. 330
Chicago Illinois, 60606

The United States of America, by its attorney, John R. Lausch, Jr., United States Attorney

for the Northern District of Illinois, submits this notice of removal of the above-captioned civil

action from the Circuit Court of Cook County, Illinois, to the United States District Court,

Northern District of Illinois, pursuant to 42 U.S.C. § 233, and in support thereof states the

following:

1.     On or about August 12, 2020, plaintiff Yoselin Tapia commenced the above civil

action in the Circuit Court of Cook County, Illinois, against Lata Santa Ines, M.D.; Alexian

Brothers Medical Center; Michael Szcupak, M.D.; Greater Elgin Family Care Center; and Women's and Children's Health Care Associates, LLC f/k/a Michael Szcpak, M.D. LLC, alleging medical malpractice. A copy of the state court complaint is attached as Exhibit A. For purposes of this lawsuit, Greater Elgin Family Care Center ("Greater Elgin") is a private entity that receives grant money from the Public Health Service pursuant to 42 U.S.C. § 233. *See* Exhibit B. In addition, Lata Santa Ines, M.D., was acting within the scope of her employment at Greater Elgin with respect to the incidents referred to in the complaint. *Id*.

2.     This notice of removal is filed in accordance with 42 U.S.C. § 233 upon certification by the designee of the Attorney General of the United States that defendant Lata Santa Ines, M.D., was acting within the scope of her employment at Greater Elgin with respect to the incidents referred to in the complaint. Exhibit B.

3.     This notice of removal may be filed without bond at any time before trial. 42 U.S.C. § 233(c). Trial has not yet been had in this action.

4.     Pursuant to the certification by the Attorney General's designee and the filing of this notice of removal, under 42 U.S.C. § 233(c), this civil action is deemed an action against the United States, and the United States is substituted as the sole federal party defendant in place of defendants Greater Elgin and Lata Santa Ines, M.D.

WHEREFORE, this action now pending in the Circuit Court of Cook County, Illinois, is properly removed to this court pursuant to 42 U.S.C. § 233, and the United States is substituted as the defendant for Greater Elgin Family Care Center and Lata Santa Ines, M.D.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Jimmy L. Arce
  JIMMY L. ARCE
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-8449
  jimmy.arce@usdoj.gov